# United States Bankruptcy Court
## Eastern District of Tennessee

In re: **James Austin Beason**, **Kellie Marie Beason**
Debtor(s)

Case No.
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** BB & T | **Describe Property Securing Debt:** 2003 Chevy Silverado (72,356 miles) |

Property will be (check one):
☐ Surrendered  ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt  ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** -NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES  ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date **03/22/2010**　　　　　　　　Signature **/s/ James Austin Beason**
　　　　　　　　　　　　　　　　　　　　　　　　**James Austin Beason**
　　　　　　　　　　　　　　　　　　　　　　　　Debtor

Date **03/22/2010**　　　　　　　　Signature **/s/ Kellie Marie Beason**
　　　　　　　　　　　　　　　　　　　　　　　　**Kellie Marie Beason**
　　　　　　　　　　　　　　　　　　　　　　　　Joint Debtor